DAVID D. WEINER, Respondent, v. SAMUEL BERNSTEIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

ALPHONSE L. WEITEKAMP, Appellant, v. CHARLES E. McKERNON, Sometimes Known as C. McKERNON, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Under subdivision 19 of section 138 of the Civil Practice Act the plaintiff was entitled as a matter of right to a preference over other causes at the term for which the cause was noticed, the property of the defendant being held under attachment in this action. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

THE WESTCHESTER ELECTRIC RAILROAD COMPANY, Plaintiff, v. WESTCHESTER COUNTY PARK COMMISSION, Defendant.— Upon agreed statement of facts, judgment unanimously directed for defendant, without costs, upon the authority of *Westchester Lighting Co.* v. *County of Westchester* (228 App. Div. 300). Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

PHILIP HARTENSTEIN, Respondent, v. VESTA MANUFACTURING CORPORATION, Appellant.— Application denied, with ten dollars costs.

In the Matter of the Application of WILMER H. EBERLY for Admission to the Bar. (From the State of California.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of JOSEPH L. KLEIN for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of PHILIP STEIN for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of RICHARD M. THOMAS for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BRINKLIT REALTY CORPORATION, Plaintiff, v. ACCORD REALTY Co., INC., and Others, Respondents. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Surety, Appellant. (Appeal No. 1.) — Motion to resettle order granted. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ. Settle order on notice.

DOW CLOCK, as Executor, etc., of MARTIN BENOWITZ, Deceased, Substituted for MARTIN BENOWITZ, Deceased, Respondent, v. JACOB STRYKER, Appellant.— Motion for reargument of motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ELMHURST-HAMPTON HOLDING CORPORATION, Respondent,·v. COLWYN REALTY Co., INC., and Others, Defendants, and BERNARD SCHLENGER, Trustee, and ELIZABETH SALZBERG, Appellants.— Motion for reargument denied, without costs. Present — Young, Rich, Hagarty and Carswell, JJ.; Lazansky, P. J., taking no part.